IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) Case No. 3:12-0553 ) Judge Haynes ) |
| v. | ) ) ) |
| TG CONSTRUCTORS, INC.; TONY GAINOUS, SR.; KAREN DENISE GAINOUS; TONY GAINOUS, JR.; WHITNEY CAPRI GAINOUS | ) ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER STAYING INITIAL CASE MANAGEMENT CONFERENCE

This matter came before the Court upon Great American Insurance Company's Motion to Stay Initial Case Management Conference (the "Motion"). Upon consideration of the motion and the record in this matter, the Court is of the opinion that the Motion is well-taken and should be granted. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that the Motion is GRANTED; and it is further

ORDERED, ADJUDGED and DECREED that the Initial Case Management Conference initially scheduled in this matter for July 23, 2012 is stayed for the period of thirty (30) days; and it is further

ORDERED, ADJUDGED and DECREED that, following thirty (30) days from entry of this Order, the Court shall reschedule the Initial Case Management Conference for a date convenient to the Court.

671223.1

1

IT IS SO ORDERED.

_____
HONORABLE WILLIAM J. HAYNES
UNITED STATES DISTRICT JUDGE